ATTORNEY GRIEVANCE COMMISSION    *      IN THE
    OF MARYLAND                                COURT OF APPEALS
                                          *      OF MARYLAND
            Petitioner

v.                                      *      Misc. Docket AG No. 89

                                        *      September Term, 2014

MICHAEL RON WORTHY              *

           Respondent.           *

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Michael Ron Worthy, to indefinitely suspend the Respondent from the practice of law with the right to reapply at any time provided restitution is paid in full for violations of Rule 1.4, 1.5(a) and 1.16(d) of the Maryland Lawyers' Rules of Professional Conduct. The Court having considered the Petition, it is this 23rd day of February, 2015;

ORDERED, that Respondent, Michael Ron Worthy, be and he is hereby indefinitely suspended from the practice of law in the State of Maryland with the right to reapply at any time provided restitution in the amount of Five Thousand Three Hundred Seventy Five dollars ($5,375.00) is paid in full to Sandra Gunn; and it is further

ORDERED, that, the Clerk of this Court shall remove the name of Michael Ron Worthy from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 16-772(d).

/s/ Glenn T. Harrell, Jr.
Senior Judge